**LIBERTY MUTUAL FIRE INSURANCE COMPANY, Appellant,**

v.

**TIDEWATER OIL COMPANY et al., Appellees.**

No. 25702.

United States Court of Appeals
Fifth Circuit.

Nov. 6, 1968.

John G. Torian, II, Lafayette, La., Davidson, Meaux, Onebane & Donohoe, Lafayette, La., J. J. Davidson, Jr., Lafayette, La., of counsel, for appellant.

Leon Sarpy, John B. Shapard, New Orleans, La., Chaffe, McCall, Phillips, Burke, Toler & Sarpy, New Orleans, La., of counsel, for United States Steel Corp., appellee.

Before DYER and SIMPSON, Circuit Judges, and CABOT, District Judge.

PER CURIAM:

We agree with and adopt the well-written memorandum opinion of the District Court reported in 292 F.Supp. 818. The judgment is affirmed.